IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WARE, | : | |
|     Petitioner | : | |
| | : | No. 1:21-cv-646 |
| v. | : | |
| | : | (Judge Rambo) |
| HERMAN QUAY, | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, on this 25th day of May 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                        s/ Sylvia H. Rambo
                                                      United States District Judge